JOHN L. JACKSON, Appellant, v. RUBY H. TALLMADGE and Another, Respondents.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of JOHANNA R. VIOLA, Respondent, against H. H. FRANKLIN MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of EDITH BAILEY, Respondent, against COLUMBIA ROPE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

WALTER R. RAWLIN, an Infant, etc., by ELIZABETH RAWLIN, His Guardian ad Litem, Respondent, v. ANDREW SAPAIGE, Appellant.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Application of EDITH L. CORIN for Leave Nunc Pro Tunc to Sue BENJAMIN T. HAINES for a Deficiency upon Foreclosure of a Mortgage.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

KATHERINE FITZPATRICK, as Administratrix, etc., of ESTHER MURDOCK, Deceased, Respondent, v. THE CITY OF ALBANY, Appellant.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of LUCIA CARDILLO, Respondent, against METAL STAMPING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.